
# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| Luis Armando Santana-Valero | *Principal* | |
| YOB: 1984 | Mexico | Case Number: M-18-1139-M |

United States District Court
Southern District of Texas
FILED

MAY 31 2018

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 29, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Luis Alfonso Paniagua-Caceres, a citizen of El Salvador, and Flavio Figueroa, a citizen of Guatemala, along with fifteen (15) other undocumented aliens, for a total of seventeen (17), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 20, 2018, Border Patrol Agents received information regarding a house used to harbor undocumented aliens located at 13446 N. Los Ebanos Rd. in Mission, Texas.

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

*approved by*
*AUSA [signature]*

Signature of Complainant

Julio C. Peña         Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

May 31, 2018           at   McAllen, Texas
Date                        City and State

Scott J. Hacker                , U. S. Magistrate Judge
Name and Title of Judicial Officer         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 1139 -M

RE:   Luis Armando Santana-Valero

**CONTINUATION:**

On May 29, 2018, Agents conducted surveillance at the suspected stash house when they observed a black Chrysler vehicle driven by a male subject, later identified as Luis Armando Santana-Valero, arrive at the property. Agents observed Santana exit his vehicle and enter the suspected stash house with several boxes. A short time later, Santana was observed departing the property and agents proceeded to follow him to food mart located in Alton, Texas.

At the parking lot, agents approached Santana and identified themselves as Border Patrol Agents. Agents questioned Santana in regards to his suspected involvement in human smuggling to which Santana admitted to having at least thirteen (13) undocumented aliens at the house and dropping off four (4) aliens earlier that day. An immigration inspection was conducted on Santana and he was determined to be illegally present in the United States. At this time, Santana was read his Miranda Rights and placed under arrest. Santana provided agents with consent to search the house and provided a key.

Agents proceeded to the house and discovered seventeen (17) subjects inside. Luis Alfonso Paniagua-Caceres, Flavio Figueroa-Alba, and the fifteen (15) other subjects were all determined to be illegally present in the United States.

All subjects were transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Luis Armando Santana-Valero was read his Miranda Rights and agreed to provide a statement.

Santana stated he was hired by a smuggler to transport illegal aliens to a stash house and received $50 (USD) per person. Santana stated an unknown individual gave him a key to the front gate of the stash house and would go in and out of the stash house whenever he wanted to. Santana claimed he was also in charge of taking food to the illegal aliens at the stash house and instructed them to cook their own food. Santana stated he has transported and fed approximately 100 illegal aliens at the stash house in the past four months.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 1139 -M

RE:     Luis Armando Santana-Valero

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENTS:**
Luis Alfonso Paniagua-Caceres and Flavio Figueroa-Alba were both read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Paniagua, a citizen of El Salvador, stated he was smuggled into the United States on May 28, 2018 along with three (3) other people. After crossing the river, Paniagua claims they were eventually picked up and transported to an unknown location where they boarded a black Chrysler vehicle. The driver of the Chrysler took them to the house were he was eventually arrested. Once inside the house, Paniagua stated the driver told them to write their names on a ledger and not to leave the house. Paniagua identified Santana, through a photo lineup, as the driver of the Chrysler.

Flavio Figueroa-Alba, a citizen of Guatemala, stated on or about May 21, 2018 he was smuggled into the United States near Reynosa, Tamaulipas. Figueroa crossed the Rio Grande River using a raft with five other individuals. Figueroa was then picked up by a red Chevy pickup and then transferred to a black Dodge Ram pickup. Figueroa identified the driver of the Dodge Ram pickup as Luis Armando Santana-Valero, nicknamed "El Flaco". Figueroa stated that Santana told him to get into his pickup then took him to the stash house. At the stash house, Santana told Figueroa to wait until there was a trip out for him. Figueroa was told there was food and water but he had to cook it. In addition, Figueroa also had to turn off his cell phone at 8 pm and had to write his name on a ledger. Figueroa made the smuggling arrangements with a man in Guatemala. The total for the arrangements would cost 5,000 USD dollars. Figueroa identified Santana, through a photo lineup, as the driver that transported him and the caretaker of the stash house.